Ann Jessie Blackman, Administratrix with Will Annexed of Estate of Oliver J. Blackman, and Individually, Appellant, v. Illinois Central Railroad Company et al., Appellees.

Gen. No. 42,753.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. Braden, Hall, Barnes & Blakey, for appellant; Houston H. Hall and Alvin H. Moss, of counsel; John W. Freels and Herbert J. Deany, for certain appellee; Abraham Lepine, for certain other appellee; A. A. McKinley, for certain other appellee. Opinion by Justice Niemeyer. Not to be published in full.